KING COUNTY DISTRICT COURT
East Division, Issaquah Courthouse, 5415 220th Ave SE, Issaquah WA 98029
CIVIL DEPARTMENT

FILED
AUG 20 2012
KCDC - East Division
Redmond

| PLAINTIFF NAME Joshua Boyce | SMALL CLAIM # 123-1497 |
|---|---|
| ADDRESS 15809 Waynita Way G203 | **NOTICE OF SMALL CLAIM** |
| CITY Bothell   STATE WA   ZIP 98011 | |
| DAYTIME PHONE NO. 425-283-9200 | |
| 1ST DEFENDANT NAME NCO Financial Systems Inc | 2ND DEFENDANT NAME AAFES |
| ADDRESS 1902 96th Street South, | ADDRESS P. O. Box 660202 |
| CITY Tacoma   STATE WA   ZIP 98444 | CITY Dallas   STATE TX   ZIP 75266 |
| DAYTIME PHONE NO. 253-537-4153 | DAYTIME PHONE NO. 1800-527-2345 |

**CLAIM**

I, Joshua Boyce, the undersigned plaintiff, do hereby certify under the penalty of perjury of the laws of the State of Washington, that the defendant named above owes me the sum of $5000, which became due and owing on 8-20-2012.

(Amount of claim limited to $5,000)

**The amount owed is for:**

| ☐ Auto Damages – Date of Accident | | ☐ Wages | ☐ Loan |
|---|---|---|---|
| ☐ Return of Deposit | ☐ Rent | ☐ Property Damage | ☐ Faulty Workmanship |
| ☐ Merchandise | ☒ Other Damages for violations of 31 USC 3720D | | |

You must explain reason for claim here:
NCO Financial Systems Inc. representing The Army & Air Force Exchange Services committed gross negligence when filing an administrative wage garnishment which caused unnecessary emotional and financial harm to be caused to Mr. Joshua Boyce.

Note: You must properly serve this Notice on the Defendant.

Clerk: CB   Location: Redmond
Date Issued: 8/30/12

Signature: [signed]
Date: 8/20/12
Printed Name/Title: Joshua Boyce

**NOTICE TO DEFENDANT**
You are hereby directed to appear personally in King County District Court:

On: Sept. 28, 2012   Time: 1:30 pm  152 PLN

Be ready for trial. If you do not appear, judgment may be rendered against you for the amount stated above, and, for the filing of this action plus costs of service of this notice.